Service. Thank you. Okay, the penalty is on submission, so Mr. Lilley, you're up. Okay. You have five minutes. Okay, I'll just be brief. Robert Lilley on behalf of the Commissioner. The tax court did not clearly err in finding that Ms. Veeraswamy was the 50% owner of Ashend in 2014. The Commissioner introduced substantial documentary and evidence of, documentary evidence and evidence of party admissions that this was the case. Ms. Veeraswamy did not point to specific evidence in an attempt to assign error to that finding, only speculation, so the court should affirm that finding. The various estoppel doctrines that Ms. Veeraswamy relies on are also inapplicable to the case. Equitable estoppel against the government requires a showing of affirmative misconduct before the analysis proceeds to the traditional factors. There is no misconduct on this record. The only thing that Ms. Veeraswamy points to is the supposed failure of the government to produce the 2011 to 2013 tax returns for Ashend, but there was no court order in the bankruptcies that the government do so, and Ms. Veeraswamy did not raise that issue in her post-trial briefs below. As to res judicata, it's simply inapplicable because the cause of action below was Ms. Veeraswamy's correct tax liability for 2014 and the confirmation of the Chapter 11 plan in the bankruptcy. Did this whole case sort of boil down to whether or not she was a part owner of Azure? I'm sorry, I didn't hear you. Didn't this case boil down to whether she was a part owner of the company? Correct, whether she was a 50 percent owner. 50 percent. And if she was, the decisions of the commissioner flowed from that. All the decisions flowed from that, right? That's correct. The decisions then flow from that because… And that dispute was resolved, I thought, by the tax court, correct? Yeah, the dispute was resolved by the tax court, and we think it's well supported by the record and not clearly erroneous. I guess the problem here is you're responding, you're making arguments without the other side having put forth any arguments at this point. Yeah, so I'm happy to rest on the briefs if there's no other questions. Okay. Yep. All right, thank you. Was there a decision on the debt?